# Exhibit A

[PHYSICAL EXHIBIT]

Exhibit A

