BERVAR & JONES
Attorneys at Law
A Law Partnership
BIRNEY B. BERVAR #5482

Alakea Corporate Tower
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Phone: (808) 550-4990
Fax: (808) 550-4991
Email: bbb@bervar-jones.com

Attorney for Defendant
ALEXANDER YUK CHING MA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER YUK CHING MA,<br><br>Defendant. | CR. NO. 20-00083 DKW<br><br>DEFENDANT'S MOTION TO RECONSIDER ORDER OF DETENTION; MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO RECONSIDER ORDER OF DETENTION; EXHIBITS "A" AND "B"; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

DEFENDANT'S MOTION TO
<u>RECONSIDER ORDER OF DETENTION</u>

Comes Now, Defendant Alexander Ma, through counsel, Birney B. Bervar, and moves this court to reconsider its order detaining Defendant Ma on the

grounds that new information and substantial new surety reasonably assure the safety of the community and Ma's appearance at all court proceedings.

This motion is based on the attached memorandum, the records and files herein, and such further evidence as the court may hear.

DATED: Honolulu, Hawaii, October 29, 2020.

/s/ Birney B. Bervar
BIRNEY B. BERVAR
Attorney for Defendant
ALEXANDER YUK CHING MA