IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 20-00083-DKW-RT |
| ) | |
| Plaintiff, ) | DECLARATION OF |
| ) | KENNETH M. SORENSON |
| vs. ) | |
| ) | |
| ALEXANDER YUK CHING MA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **DECLARATION OF KENNETH M. SORENSON**

I, KENNETH M. SORENSON, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am the Assistant United States Attorney assigned to the above-captioned case.

2. The facts as stated in the GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO RECONSIDER ORDER OF DETENTION are true to the best of my knowledge and belief.

DATED: November 10, 2020, at Honolulu, Hawaii.

                                                                     */s/ Kenneth M. Sorenson*
                                                     _____
                                                     KENNETH M. SORENSON