KENJI M. PRICE #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Chief, National Security
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Ken.Sorenson@usdoj.gov

SCOTT A. CLAFFEE
STEPHEN MARZEN
Trial Attorneys
U.S. DOJ, National Security Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00083 DKW-RT |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S |
| | ) | MOTION TO RECONSIDER |
| vs. | ) | ORDER OF DETENTION |
| | ) | |
| ALEXANDER YUK CHING MA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT'S MOTION
TO RECONSIDER ORDER OF DETENTION

On December 9, 2020, the Defendant's motion for reconsideration of this Court's September 8, 2020 order of detention was heard telephonically before Magistrate Judge Rom Trader.  Kenneth Sorenson and Scott Claffe appeared on behalf of the Government.  Birney Bervar appeared with and on behalf of Defendant Alexander Yuk Ching Ma.  The Court finds reconsideration appropriate based on new information provided by Defendant, specifically the willingness of additional family members to serve as third-party custodians and additional pledges of equity and cash to secure bond.

In consideration of Defendant's motion, and upon review of the record in this case, including the Indictment, briefing in support of and in opposition to the Government's original motion to detain, briefing in support of and in opposition to Defendant's motion for reconsideration, the Government's sealed Addendum A, the pretrial services reports filed in this matter and their related recommendations, and the arguments of counsel; the Court finds by a preponderance of the evidence that Defendant presents a serious risk of flight, and also finds by clear and convincing evidence that Defendant presents a danger to the community.  The Court adopts and incorporates by reference herein its original detention order, the written and oral arguments proffered by the Government on reconsideration, and

2

the Court's oral findings of fact and conclusions of law announced from the bench during the hearing on this matter on December 9, 2020.

The Court finds that Defendant presents a grave risk of flight due to the fact that he is a trained spy with a unique skill set who is charged with espionage, an extremely serious offense that carries severe penalties.   The Court further finds that Defendant presents a serious danger not just to the community, but also to the nation, due to the information he had access to and his apparent willingness to communicate that information to a foreign adversary.

The Court appreciates the willingness of members of Defendant's family to come forward and offer bond and potential supervision of Defendant, and the Court does not doubt their sincerity.   Nonetheless, the Court disagrees with the recommendation of Pretrial Services and finds that under the circumstances, the release conditions proposed would not be adequate to reasonably assure either the appearance of Defendant or adequately address the danger Defendant poses to the community given what is at stake.

//

//

//

//

3

For the foregoing reasons, the Court hereby DENIES Defendant's motion for reconsideration and ORDERS Defendant detained until further order of the Court.

DATED: December 15, 2020, at Honolulu, Hawaii.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge

UNITED STATES v. ALEXANDER YUK CHING MA
Cr. No. 20-00083 DKW-RT
"Order Denying Defendant's Motion to Reconsider Order of Detention"