JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Ken.Sorenson@usdoj.gov

SCOTT A. CLAFFEE
Trial Attorney
U.S. DOJ, National Security Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00083 DKW-RT |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | GOVERNMENT'S MOTION FOR |
| v. | ) | A PRETRIAL CONFERENCE, |
| | ) | DESIGNATION OF A CISO, AND |
| ALEXANDER YUK CHING MA, | ) | ENTRY OF A PROTECTIVE |
| | ) | ORDER PURSUANT TO THE |
| Defendant. | ) | CLASSIFIED INFORMATION |
| | ) | PROCEDURES ACT |
| _____ | ) | |

ORDER GRANTING GOVERNMENT'S MOTION FOR A
PRETRIAL CONFERENCE, DESIGNATION OF A CISO, AND
ENTRY OF A PROTECTIVE ORDER PURSUANT TO THE
<u>CLASSIFIED INFORMATION PROCEDURES ACT</u>

On March 9, 2021, the Government filed a Motion for a Pretrial Conference, Designation of a Classified Information Security Officer ("CISO"), and Entry of a Protective Order, pursuant to the Classified Information Procedures Act, 18 U.S.C. App. 3 ("CIPA").  The Court have considered the Government's motion and accompanying memorandum of law, and Defendant's response and having no objection.

The Court finds this motion is suitable for disposition without a hearing pursuant to pursuant to 7.1(c) of the Local Rules of Practice of the United States District Court for the District of Hawaii (Local Rules), as incorporated by Rule 12.3 of the Criminal Local Rules.

The Court hereby GRANTS the government's motion and ORDERS the following:

1.  Pursuant to CIPA Section 2, a pretrial conference to consider matters relating to classified information that may arise in connection with the prosecution will be held on March 25, 2021 at 1:30 p.m. before the Honorable Rom A. Trader, United States Magistrate Judge;

2.  Winfield S. "Scooter" Slade is designated as the CISO, pursuant to the "Revised Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat.

2025, by the Chief Justice of the United States for the Protection of Classified Information," to assist the parties and the Court; and

3. In accordance with the protective order entered this same day pursuant to CIPA Section 3, the Defendant and his counsel shall execute the Memorandum of Understanding incorporated therein and attached thereto.

IT IS SO ORDERED.

DATED: March 19, 2021, at Honolulu, Hawaii.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge

UNITED STATES v. ALEXANDER YUK CHING MA
Cr. No. 20-00083 DKW-RT
"Order Regarding a Pretrial Conference, Designation of a CISO, and Entry of a Protective Order Pursuant to the Classified Information Procedures Act"