BERVAR & JONES
Attorneys at Law
A Law Partnership
BIRNEY B. BERVAR #5482

Alakea Corporate Tower
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Phone: (808) 550-4990
Fax: (808) 550-4991
Email: bbb@bervar-jones.com

Attorney for Defendant
ALEXANDER YUK CHING MA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER YUK CHING MA,<br><br>Defendant. | CR. NO. 20-00083 DKW-RT<br><br>MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

MOTION TO WITHDRAW AS COUNSEL

Comes Now, Birney B. Bervar, court-appointed counsel for Defendant Alexander Ma, and hereby moves to withdraw as counsel for Ma on the grounds that there is an irreparable breakdown in the attorney-client relationship.

This motion is based on the attached Declaration of Counsel and such further evidence as the court may hear.

DATED: Honolulu, Hawaii, March 24, 2021.

/s/ Birney B. Bervar
BIRNEY B. BERVAR
Attorney for Defendant
ALEXANDER YUK CHING MA
