JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

KENNETH M. SORENSON
Chief, National Security
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email:   Ken.Sorenson@usdoj.gov

SCOTT A. CLAFFEE
Trial Attorney
U.S. DOJ, National Security Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00083 DKW-RT |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S |
| | ) | MOTION TO WITHDRAW AS |
| vs. | ) | ATTORNEY |
| | ) | |
| ALEXANDER YUK CHING MA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT'S MOTION
TO WITHDRAW AS ATTORNEY

On March 31, 2021, this matter came before the Court upon the motion of defendant's counsel of record, Birney Bervar, to withdraw as counsel for defendant due to a "breakdown in the attorney-client relationship." The Court has reviewed materials submitted and filed by defendant, took judicial notice of the publicly filed documents in the case, heard argument of government and defense counsel, and conducted a closed, *in camera* session with Mr. Bervar and Mr. Ma to discuss the motion and the underlying facts and circumstances that resulted in it being filed.

Upon review of the information before the Court, and upon the Court's *in camera*, sealed *voir dire* of the Defendant and his counsel, the Court finds that the record fails to demonstrate good cause which would warrant the discharge of counsel. Notwithstanding recent discussions between Defendant and Mr. Bervar which have been difficult, the Court finds the attorney-client remains intact and that both Defendant and Mr. Bervar have agreed to continue to work cooperatively and to further communicate concerning any issues and concerns that may arise.

The Court further recognizes and appreciates the unique circumstances attending this case where Mr. Bervar is the only attorney on the Criminal Justice Act Panel with the requisite security clearances, knowledge and experience to provide representation in the type of national security cases, such as this case, which involve classified information. The Court finds that, over the years,

significant time, effort and expense has been invested in obtaining the requisite security clearances for Mr. Bervar, which coupled with his substantial prior experience defending national security cases involving classified information make him uniquely qualified to provide representation in this case. While the instant Motion is largely predicated upon an apparent disagreement between the Defendant and Mr. Bervar concerning the *Order Granting Government's Motion for a Pretrial Conference, Designation of a CISO, and Entry of a Protective Order Pursuant to the Classified Information Procedures Act* (ECF No. 49) and the *Protective Order Relating to Classified Information* (ECF No. 50), (collectively, "Orders") recently filed in this case, the Court finds that both *Orders* were mandated by the Classified Information Procedures Act due to the presence of substantial classified information in this case.   See, 18 U.S.C. App. 3.

For the foregoing reasons, the Court hereby DENIES Defendant's motion to withdraw as counsel.

DATED:   April 6, 2021, at Honolulu, Hawaii.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge

UNITED STATES v. ALEXANDER YUK CHING MA
Cr. No. 20-00083 DKW-RT
"Order Denying Defendant's Motion to Withdraw as Attorney"