BERVAR & JONES
Attorneys at Law
A Law Partnership
BIRNEY B. BERVAR #5482

Alakea Corporate Tower
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Phone: (808) 550-4990
Fax: (808) 550-4991
Email: bbb@bervar-jones.com

Attorney for Defendant
ALEXANDER YUK CHING MA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER YUK CHING MA,<br><br>Defendant. | CR. NO. 20-00083 DKW<br><br>MOTION FOR A COMPETENCY EVALUATION AND HEARING; MEMORANDUM IN SUPPORT OF MOTION FOR A COMPETENCY EVALUATION AND HEARING; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

DEFENDANT'S MOTION FOR A COMPETENCY EVALUATION AND HEARING; MEMORANDUM IN SUPPORT OF MOTION FOR A COMPETENCY EVALUATION AND HEARING

Comes Now, Defendant Alexander Ma, through counsel, Birney B. Bervar, and moves this court for an evaluation and hearing to determine his mental competency to stand trial pursuant to 18 U.S.C. §4241.

This motion is based on the attached Memorandum and Declaration of Counsel, and such further evidence as the court may hear.

DATED: Honolulu, Hawaii, July 28, 2021.

/s/ Birney B. Bervar
BIRNEY B. BERVAR
Attorney for Defendant
ALEXANDER YUK CHING MA