BERVAR & JONES
Attorneys at Law
A Law Partnership
BIRNEY B. BERVAR #5482

Alakea Corporate Tower
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Phone: (808) 550-4990
Fax: (808) 550-4991
Email: bbb@bervar-jones.com

Attorney for Defendant
ALEXANDER YUK CHING MA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER YUK CHING MA,<br><br>Defendant. | CR. NO. 20-00083 DKW<br><br>MEMORANDUM IN SUPPORT OF MOTION FOR A COMPETENCY EVALUATION AND HEARING |

MEMORANDUM IN SUPPORT OF MOTION FOR A COMPETENCY
EVALUATION AND HEARING

18 U.S.C. §4241 provides:

> ***Determination of mental competency to stand trial to undergo post release proceedings***
> **(a) MOTION TO DETERMINE COMPETENCY OF DEFENDANT**—At any time after the commencement of

> *a prosecution for an offense and prior to the sentencing of the defendant, or at any time after the commencement of probation or supervised release and prior to the completion of the sentence, the defendant or the attorney for the Government may file a motion for a hearing to determine the mental competency of the defendant. The court shall grant the motion, or shall order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.*

Mental incompetency can result from a traditional mental disease or defect such as psychosis or mental retardation or as the result of a medical condition affecting mental state such as Alzheimer's or dementia. See: United States v. Barfield 969 F. 2d 1554 (4th Cir 1992). The government bears the burden of demonstrating mental competency by preponderance of the evidence. See: United States v. Hoskie 950 F. 2d 1388, 1392 (9th Cir. 1991).

Ma has informed counsel that he believes he is suffering from the early stages of Alzheimer's, making it hard for him to remember things and affecting his ability to assist properly in his defense. See attached Declaration of Counsel. Based on Ma's Statements about his current mental health, Ma submits that there is reasonable cause to believe that he may be suffering from a mental disease rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Therefore, Ma requests that his court order a mental competency evaluation and grant a hearing on the matter.

DATED: Honolulu, Hawaii, <u>July 28</u>, 2021.

<u>/s/ Birney B. Bervar</u>
BIRNEY B. BERVAR
Attorney for Defendant
ALEXANDER YUK CHING MA