N THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER YUK CHING MA,<br><br>Defendant. | CR. NO. 20-00083 DKW-RT<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

I, Birney B. Bervar, declare as follows:

1. I am the attorney for Defendant Alexander Ma, having been appointed pursuant to the Criminal Justice Act.

2. Ma is charged with one count of Conspiracy to Gather or Deliver National Defense Information to Aid a Foreign Government in Violation of 18 U.S.C. §794 (a) & (c).

3. In meeting with Ma a couple weeks ago, Ma told me that he felt that he was experiencing early signs of Alzheimer's, making him forgetful and unable to remember things.

4. I met with Ma on July 27, 2021, and he again told me that he thought he was developing Alzheimer's, that he is unable to remember things, and is told

that he asks the same questions over and over. Ma said he just can't remember things and that he believes it impairs his ability to assist properly in his defense.

5. Ma has a family history of Alzheimer's. His older brother developed Alzheimer's about ten years ago and is now completely disabled by the disease. In fact, it is his brother who is named as "Co-conspirator #1" in the indictment, but his brother was not charged by the government because of his incompetency due to Alzheimer's.

6. That the facts and statements in the attached motion and memorandum are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 28th day of July, 2021.

/s/ Birney B. Bervar
BIRNEY B. BERVAR