# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-cr-00083-DKW-RT-1 |
| CASE NAME: | United States of America v. (1) Alexander Yuk Ching Ma |
| ATTY FOR PLA: | Kenneth Sorenson*<br>Scott Claffee |
| ATTY FOR DEFT: | Birney Bervar* |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | AT&T |
| DATE: | 08/12/2021 | TIME: | 11:00 - 11:10 a.m. |

COURT ACTION:  EP:  TELEPHONIC MOTION HEARING regarding ECF [63] Defendant's *Motion For A Competency Evaluation And Hearing* ("*Motion*") as to Defendant ALEXANDER YUK CHING MA held.

FBI Special Agent, Christina Sun, participated by telephone.

**Waiver of Physical Presence and Consent to Proceed by Telephone**:

Defendant in custody and present via telephone from the Federal Detention Center, Honolulu.  Court conducts colloquy to confirm Defendant's understanding and agreement to proceed by telephone.  In light of instant *Motion*, Court declines to make findings regarding Defendant's waiver of right to be physically present and consent to appear by telephone.

**Hearing on ECF [63] Defendant's *Motion For A Competency Evaluation And Hearing***:

Mr. Bervar confirms no reply filed by Defendant.

Court stated its inclination to grant the *Motion*.

Counsel agree evaluation to be conducted at a BOP facility. Discussion had regarding estimated time frame to complete competency examination. Anticipated that evaluation may be completed as soon as 4 months, but based upon other cases, may take as long as 8 months or more.  Mr. Sorenson has requested that BOP expedite the evaluation to the extent possible.

The Court, having carefully considered merits of the instant *Motion*, within the context of the Government's *Response*, applicable legal authority and the additional representations made by counsel, finds good cause and **GRANT**S the *Motion*. Court finds reasonable cause that Defendant may be presently suffering from a mental disease or defect that may affect his ability to understand the nature and consequences of the proceeding and assist Mr. Bervar in his defense. 18 U.S.C. §4241(a).

Court remands Defendant to the care and custody of the Attorney General of the United States to be transported as soon as possible to an appropriate Bureau of Prisons ("BOP") facility for a competency examination.

Court **VACATES** the trial date and related deadlines. Proceedings are suspended while Defendant's competency is under review.

Defendant shall undergo a competency evaluation. The examiner to prepare and file a report with the court and provide copies to counsel. The examiner's report shall be in accord with the requirements of 18 U.S.C. §4247(c).

The Court directs the facility having care and custody of Defendant to submit semi-annual reports as required by 18 U.S.C. §4247(e)(A).

Court directs parties to prepare and file joint status reports every sixty (60) days, beginning on 10/15/2021.

Pursuant to 18 U.S.C. §3161(h)(1)(A), the time period from 7/28/2021 (filing date of *Motion*) up to and including the date Defendant's competency is determined, shall be excluded pursuant to the Speedy Trial Act. Counsel confirm. Parties directed to prepare appropriate stipulation to this effect.

Mr. Sorenson to prepare and submit order to the Court's orders box at Trader_Orders@hid.uscourts.gov within seven (7) days of this hearing.

Court schedules a **Telephone Conference** for **1/19/2022 at 9:30 a.m.** before Magistrate Judge Trader. No submissions required.

Pursuant to the United States District Court for the District of Hawaii's current Order Authorizing the Use of Telephonic and Video Hearings Pursuant to the CARES Act, this hearing will be held **telephonically** via AT&T Connect Audio Conference. Call-in information for this hearing is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

| | |
|---|---|
| Dial | **1-888-363-4735** |
| Access Code | **2070326** |

Defendant to remain in the custody of the U.S. Marshals Service at the Federal Detention Center, Honolulu, pending transfer to appropriate BOP facility for competency evaluation.

*Submitted by: Lian Abernathy, Courtroom Manager.*