

**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Metropolitan Detention Center*

Letter

*Office of the Warden*

*535 N. Alameda Street*
*Los Angeles, California 90012*

October 20, 2021

The Honorable Rom A. Trader
United States Magistrate Judge
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, HI 96850

RE:   Ma, Alexander Yuk Ching
      Case No.: 20-00083-DKW-RT
      Reg. No.: 12272-122

Dear Judge Trader:

This is in response to the court order dated August 16, 2021, which committed Mr. Ma for an examination pursuant to 18 U.S.C. § 4241. We have seen an increased amount of time between designation and arrival to our facility, and Mr. Ma arrived at the Metropolitan Detention Center (MDC), Los Angeles, California, on September 20, 2021. The MDC-LA is experiencing delays, and has been under modified operations, to include restricted movement within the facility and a required quarantine period for all new arrivals to the facility. This is expected to continue indefinitely. We ask the Court to determine that commitment for the evaluation commence upon the date he was medically cleared, October 12, 2021.

Pursuant to 18 U.S.C. § 4241, the defendant may be committed for a period of up to 30 days so that our Psychology staff can complete the evaluations. Ordinarily, our clinical psychologist requests a 15-day extension, as permitted by the statute, to complete the testing and examination necessary to develop a history, diagnosis, and opinion. Presently, however, we have experienced large numbers of evaluation cases, many arriving on the same date, which has impacted our ability to conduct and complete evaluations under normal time frames. Accordingly, given the large active caseload, our clinical psychologist respectfully requests an additional three-week extension of the evaluation period. If granted, it is anticipated that the evaluation will be completed by December 16, 2021. Should you grant our request, the report will be submitted to the Court within three weeks of completion of the evaluation, on January 6, 2022.

If you should have any questions regarding the evaluation, please contact Dr. Lisa Matthews, Chief Psychologist at (213) 485-0439, ext. 5468 or at lhope@bop.gov. For any other questions, please contact me directly.

Sincerely,

W. Z. Jenkins II
Warden