Case 1:20-cr-00083-DKW-RT   Document 73   Filed 12/10/21   Page 1 of 2   PageID #: 348

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00083 DKW-RT |
| | ) | |
| Plaintiff, | ) | JOINT STATUS REPORT |
| | ) | CONCERNING COMPETENCY |
| vs. | ) | EVALUATION |
| | ) | |
| ALEXANDER YUK CHING MA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

JOINT STATUS REPORT CONCERING
<u>COMPETENCY EVAULATIOIN</u>

THIS DAY, came the parties, upon the Court's Order directing them to file a joint status report every 60 days regarding the Bureau of Prison's psychological examination of the Defendant which was ordered by this Court on August 12,

2021. Government counsel has been advised by the Bureau of Prison's examining psychologist that Defendant is currently undergoing his examination, but that additional time may be required due to the need for Defendant to be examined by a neurologist, and undergo more testing. Government counsel has been further advised that the Bureau of Prison's assigned psychologist will be sending a letter to the Court updating the Court on Defendant's status as well.

      DATED: December 10, 2021, at Honolulu, Hawaii.

                                        JUDITH A. PHILIPS
                                        Acting United States Attorney
                                        District of Hawaii

                                                /s/ Kenneth M. Sorenson
                                  By_____
                                        KENNETH M. SORENSON
                                        Assistant U.S. Attorney

                                                /s/ Birney Bervar

                                        _____
                                        BIRNEY BERVAR, ESQ.
                                        Counsel for Defendant
                                        ALEXANDER YUK CHING MA