BERVAR & JONES
Attorneys at Law
A Law Partnership
BIRNEY B. BERVAR #5482

Alakea Corporate Tower
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Phone: (808) 550-4990
Fax: (808) 550-4991
Email: bbb@bervar-jones.com

Attorney for Defendant
ALEXANDER YUK CHING MA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 20-00083 DKW-RT |
|---|---|
| Plaintiff, | MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF COUNSEL; EXHIBIT "A" CERTIFICATE OF SERVICE |
| vs. | |
| ALEXANDER YUK CHING MA, | |
| Defendant. | Date:<br>Time:<br>Judge: Magistrate Judge Trader |

MOTION TO WITHDRAW AS COUNSEL

Comes Now, Birney B. Bervar, court-appointed counsel for Defendant Alexander Ma, and hereby moves to withdraw as counsel for Ma on the grounds that there is an irreparable breakdown in the attorney-client relationship.

This motion is based on the attached Declaration of Counsel and such further evidence as the court may hear.

DATED: Honolulu, Hawaii, November 16, 2022.

          /s/ Birney B. Bervar
          BIRNEY B. BERVAR
          Attorney for Defendant
          ALEXANDER YUK CHING MA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER YUK CHING MA,<br><br>Defendant. | CR. NO. 20-00083 DKW-RT<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

I, Birney B. Bervar, declare as follows:

1. On August 20, 2020, I was appointed as the attorney for Defendant Alexander Ma Pursuant to the Criminal Justice Act.

2. I have had numerous conferences with Ma since the beginning of my representation to discuss his case. During my representation the attorney-client relationship can be described as strained at best.

3. On March 24, 2021, I filed a Motion to Withdraw as Counsel based upon a breakdown in the attorney-client relationship and Ma's request that I withdraw.

4. After a hearing on that motion, the court denied my Motion to Withdraw as Counsel based in part on the fact that at the time I was the only

attorney in the District of Hawaii with the necessary security clearance to handle a national security case such as this :

> The court further recognizes and appreciates the unique circumstances attending this case where Mr. Bervar is the only attorney on the Criminal Justice Act Panel with the requisite security clearance, knowledge and experience to provide representation in the type of national security cases, such as this case, which involve classified information. The court finds that, over the years, significant time, effort and expense has been invested in obtaining the requisite security clearances for Mr. Bervar, which coupled with the substantial prior experience defending national security cases involving classified information make him uniquely qualified to provide representation in this case.

See attached Exhibit "A"; Order Denying Defendants Motion to Withdraw as Attorney.

5. On August 16, 2021, The court ordered Defendant Ma to undergo a competency examination.

6. The court and counsel have now received an October 18, 2022 Forensic Evaluation performed on Defendant Ma by Forensic Psychologist T.K. Smith. In the report of the evaluation, Ma makes numerous statements about how he is dissatisfied with my representation of him, how he disagrees "big time" with how I am handling his case, that I have violated his attorney-client privilege, and that I am working with the prosecutor to make him plead guilty.

7. Since my last Motion to Withdraw as Counsel, it has come to

2

my attention that I am no longer the only attorney in the District of Hawaii with a security clearance, and that the Office of the Federal Public Defender now has two attorneys who possess the required security clearance for a case such as this.

8. I respectfully request that the court allow me to withdraw and for the court to appoint substitute counsel for Ma pursuant to the Criminal Justice Act.

9. That the facts and statements in the attached motion and memorandum are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this <u>16th</u> day of <u>November, 2021</u>.

/s/ Birney B. Bervar
BIRNEY B. BERVAR

# EXHIBIT - A

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

KENNETH M. SORENSON
Chief, National Security
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Ken.Sorenson@usdoj.gov

SCOTT A. CLAFFEE
Trial Attorney
U.S. DOJ, National Security Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00083 DKW-RT |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S |
| | ) | MOTION TO WITHDRAW AS |
| vs. | ) | ATTORNEY |
| | ) | |
| ALEXANDER YUK CHING MA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER DENYING DEFENDANT'S MOTION
TO WITHDRAW AS ATTORNEY

On March 31, 2021, this matter came before the Court upon the motion of defendant's counsel of record, Birney Bervar, to withdraw as counsel for defendant due to a "breakdown in the attorney-client relationship." The Court has reviewed materials submitted and filed by defendant, took judicial notice of the publicly filed documents in the case, heard argument of government and defense counsel, and conducted a closed, *in camera* session with Mr. Bervar and Mr. Ma to discuss the motion and the underlying facts and circumstances that resulted in it being filed.

Upon review of the information before the Court, and upon the Court's *in camera*, sealed *voir dire* of the Defendant and his counsel, the Court finds that the record fails to demonstrate good cause which would warrant the discharge of counsel. Notwithstanding recent discussions between Defendant and Mr. Bervar which have been difficult, the Court finds the attorney-client remains intact and that both Defendant and Mr. Bervar have agreed to continue to work cooperatively and to further communicate concerning any issues and concerns that may arise.

The Court further recognizes and appreciates the unique circumstances attending this case where Mr. Bervar is the only attorney on the Criminal Justice Act Panel with the requisite security clearances, knowledge and experience to provide representation in the type of national security cases, such as this case, which involve classified information. The Court finds that, over the years,

significant time, effort and expense has been invested in obtaining the requisite security clearances for Mr. Bervar, which coupled with his substantial prior experience defending national security cases involving classified information make him uniquely qualified to provide representation in this case. While the instant Motion is largely predicated upon an apparent disagreement between the Defendant and Mr. Bervar concerning the *Order Granting Government's Motion for a Pretrial Conference, Designation of a CISO, and Entry of a Protective Order Pursuant to the Classified Information Procedures Act* (ECF No. 49) and the *Protective Order Relating to Classified Information* (ECF No. 50), (collectively, "Orders") recently filed in this case, the Court finds that both *Orders* were mandated by the Classified Information Procedures Act due to the presence of substantial classified information in this case.   See, 18 U.S.C. App. 3.

For the foregoing reasons, the Court hereby DENIES Defendant's motion to withdraw as counsel.

DATED:   April 6, 2021, at Honolulu, Hawaii.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge

UNITED STATES v. ALEXANDER YUK CHING MA
Cr. No. 20-00083 DKW-RT
"Order Denying Defendant's Motion to Withdraw as Attorney"

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER YUK CHING MA,<br><br>Defendant. | CR. NO. 20-00083 DKW-RT<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2022, a true and correct copy of the foregoing will be served electronically on the following through CM/ECF:

KENNETH M. SORENSON
Assistant United States Attorney
Ken.Sorenson@usdoj.gov

DATED: Honolulu, Hawaii, November 16, 2022.

/s/ Birney B. Bervar
BIRNEY B. BERVAR
Attorney for Defendant
ALEXANDER YUK CHING MA