# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-cr-00083-DKW-RT-1 |
| CASE NAME: | United States of America v. (1) Alexander Yuk Ching Ma |
| ATTY FOR PLA: | Kenneth Sorenson*<br>Scott Claffee |
| ATTY FOR DEFT: | Birney Bervar* |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | ZOOM |
| DATE: | 11/29/2022 | TIME: | 10:29 - 10:55 a.m.<br>**SEALED TIME: 10:34 - 10:48 a.m.** |

COURT ACTION:  EP:  TELEPHONIC MOTION HEARING regarding Defendant's ECF [92] *Motion to Withdraw as Counsel* ("Motion") as to Defendant ALEXANDER YUK CHING MA held.

FBI Special Agent, Christina Sun, also participated by telephone.

**<u>Waiver of Physical Presence and Consent to Proceed by Telephone</u>**:

Defendant in custody and present via telephone from the Federal Detention Center, Honolulu ("FDC").  Defendant waives right to be physically present and consents to appear via telephone.  Court conducts colloquy to confirm Defendant's waiver and consent.

<u>Motion Hearing</u>:

Although the Court has yet to determine Defendant's competency, the Court finds it not only appropriate, but necessary to rule on the instant *Motion* given the breakdown in the attorney-client relationship and communication alleged.  This coupled with the specific statements attributed to the Defendant during the course of the forensic evaluation require the Court to first determine whether Mr. Bervar should be permitted to withdraw as counsel.  Counsel concurs.

Court takes judicial notice of its records and files and has carefully considered the instant *Motion*, Government's ECF [94] *Response*, Defendant's ECF [51] first *Motion to Withdraw as Counsel*, ECF [58] Court's *Order Denying Defendant's Motion to Withdraw*

*as Attorney*, and ECF [90] (SEALED) *Forensic Examination*, applicable rules and cited legal authority, and the representations and arguments of counsel.

Court moves to a closed hearing.

**(SEALED HEARING 10:34 - 10:48 a.m.)**:

Court made inquires of Defendant and Mr. Bervar.

<u>Proceeding re-opened</u>:

Mr. Sorenson and Mr. Claffee return to the telephone conference.

Based upon the representations of counsel and an irreparable breakdown in the attorney-client relationship, the Court finds good cause and **GRANTS** the *Motion*. Mr. Bervar is permitted to withdraw as counsel. The Office of the Federal Public Defender to be appointed as substitute counsel.

Mr. Bervar to prepare and submit order to the Court's orders box at Trader_Orders@hid.uscourts.gov within seven (7) days of this hearing.

Defendant is directed to cooperate and communicate with new counsel.

Defendant to remain in the custody of the U.S. Marshals Service at the Federal Detention Center, Honolulu.

*Submitted by: Lian Abernathy, Courtroom Manager.*