BERVAR & JONES
Attorneys at Law
A Law Partnership
BIRNEY B. BERVAR #5482

Alakea Corporate Tower
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Phone: (808) 550-4990
Fax: (808) 550-4991
Email: bbb@bervar-jones.com

Attorney for Defendant
ALEXANDER YUK CHING MA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER YUK CHING MA,<br><br>Defendant. | CR. NO. 20-00083 DKW-RT<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND TO APPOINT NEW COUNSEL |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Defendant Alexander Ma's court-appointed counsel, Birney B. Bervar, filed a Motion to Withdraw as Counsel on November 16, 2022, on the grounds that there was an irreparable breakdown in the attorney- client relationship. The court held a hearing on the motion on November 29, 2022, and after hearing from all the

parties and Defendant, considering the Government's Response, ECF [94], Defendant's first Motion to Withdrawal as counsel, ECF [51], court's Order Denying Defendant's Motion to Withdraw as Attorney, ECF [58] and Forensic Examination, ECF[90] SEALED, The court finds that there is an irreparable breakdown in the attorney-client relationship and attorney-client communication that is necessary for effective representation.

THEREFORE IT IS HEREBY ORDERED that the Motion to Withdraw as counsel is GRANTED and Mr. Bervar is permitted to withdraw as counsel. The Office of the Federal Public Defender is hereby appointed as substitute counsel.

DATED: Honolulu, Hawaii, December 1, 2022.



Rom A. Trader
United States Magistrate Judge

APPROVED AS TO FORM:

/s/ Kenneth Sorenson
KENNETH SORENSON
Assistant U.S. Attorney

---

*United States of America vs. ALEXANDER YUK CHING MA*
CR. NO. 20-00083 DKW-RT
Order Granting Motion to Withdraw as Counsel
And to Appoint New Counsel