Salina M. Kanai #8096
Federal Public Defender
District of Hawaii

Craig W. Jerome #8797
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:   (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:   salina_kanai@fd.org
          craig_jerome@fd.org

Attorneys for Defendant
Alexander Yuk Ching Ma

In the United States District Court

For the District of Hawaii

| United States of America, | ) | Cr. No. 20-00083 DKW-RT |
|---|---|---|
| Plaintiff, | ) ) ) | Stipulation and Order to Continue Competency Hearing |
| vs. | ) ) ) | Present date/time: 12/20/22 @ 10:30 am |
| Alexander Yuk Ching Ma, | ) ) | New date/time:    02/16/23 @ 11:00 am |
| Defendant. | ) ) ) | Judge: Rom A. Trader |

Stipulation and Order to Continue Competency Hearing

It is hereby stipulated and agreed by and between the parties herein that the hearing to determine Defendant's competency to proceed in the above-entitled matter now set for December 20, 2022, at 10:30 a.m. be and shall be continued to February 16, 2023, at 11:00 a.m.

IT IS SO STIPULATED.

Dated: Honolulu, Hawaii, December 15, 2022.

/s/ Salina M. Kanai
Salina M. Kanai
Attorney for Defendant
Alexander Yuk Ching Ma

/s/ Kenneth M. Sorenson
Kenneth M. Sorenson
Attorney for Plaintiff
United States of America

**APPROVED AND SO ORDERED:**

DATED:   Honolulu, Hawaii, December 15, 2022.

Rom A. Trader
United States Magistrate Judge

*United States v. Alexander Yuk Ching Ma,* Cr. No. 20-00083 DKW-RT
United States District Court, District of Hawaii; Stipulation and Order Continuing Competency Hearing