CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00083 DKW-RT |
| | ) | |
| Plaintiff, | ) | ORDERS REGARDING |
| | ) | COMPETENCY EVALUATION |
| vs. | ) | AND SETTING OF PRETRIAL |
| | ) | CONFERENCE |
| ALEXANDER YUK CHING MA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDERS REGARDING COMPETENCY EVALUATION AND
SETTING OF PRETRIAL CONFERENCE

On February 16, 2023, came the United States of America, and the defendant, Alexander Yuk Ching Ma, by and through their respective counsel, upon the defendant's motion for a competency hearing and upon the Government's

motion for a pre-trial hearing pursuant to the Classified Information Procedures Act (CIPA).

Upon receipt of the sealed Forensic Evaluation filed in this case on October 26, 2022, and upon hearing from the defendant and the Government that neither intends to offer additional information, and upon the further stipulation by the parties as to the findings in the report, the Court finds, by a preponderance of the evidence, based upon the findings in the forensic evaluation, that the defendant is competent and not presently suffering from a major mental disease, disorder, or defect which impairs his present ability to understand the nature and consequences of the court proceedings against him or to meaningfully assist in his defense.

Pursuant to 18 U.S.C. §3161(h)(1)(A), the time period from July 28, 2021 (filing date of ECF [63] *Motion for a Competency Evaluation and Hearing)* up to and including February 16, 2023, shall be excluded pursuant to the Speedy Trial Act.

On February 15, 2023 the Court further addressed the Government's pending motion for a pretrial hearing pursuant to the Classified Information Procedures Act (CIPA).  Upon the agreement of the parties, and upon the Court's consideration of their oral motion to move the CIPA pretrial hearing to March 8, 2023 at 9:15 a.m., the Court grants the parties joint motion and sets the CIPA pretrial hearing for March 8, 2023 at 9:15 a.m..  The Court finds that the defendant

is in need of additional time to review discovery materials in order to more knowledgeably estimate the time needed for preparation in both CIPA proceedings, but also to prepare for trial.  The Court notes that defense counsel has recently come into this case, which has been designated complex and finds the need for additional time to be reasonable and necessary for adequate preparation.  The Court restates its finding that this case is both unusual and complex due to its nature, and the substantial and voluminous classified discovery and classified information issues presented that it is unreasonable to expect adequate preparation for the pretrial proceedings now pending until March 8, 2023.  Accordingly, the Court finds that pursuant to 18 U.S.C. §3161(h)(7)(A) and (B), the time period from February 16, 2023 to March 8, 2023 shall be excluded from Speedy Trial Act computation.  The Court finds that the ends of justice are served by the requested three (3) week delay in conducting the Pretrial Conference on March 8, 2023, and outweigh the best interest of the public and the defendant in a speedy trial.  Further, the Court finds that a failure to grant the brief continuance would likely result in a miscarriage of justice.  Finally, the Court finds that because the case has been designated as complex, due to the nature of this national security prosecution, the nature and volume of discovery involving classified documents/information,

//

//

anticipated motions and other proceedings, that it is unreasonable to expect adequate preparation within the time limits required by the Speedy Trial Act.

DATED: February 21, 2023, at Honolulu, Hawaii.

>CLARE E. CONNORS
>United States Attorney
>District of Hawaii
>
>By  */s/ Kenneth M. Sorenson*
>_____
>KENNETH M. SORENSON
>Assistant U.S. Attorney
>
>   */s/ Salina Kanai*
>_____
>SALINA KANAI, ESQ.
>Attorney for Defendant
>ALEXANDER YUK CHING MA

**APPROVED AND SO ORDERED:**

DATED: Honolulu, Hawaii, February 21, 2023.



_____
Rom A. Trader
United States Magistrate Judge

ORDERS REGARDING COMPETENCY EVALUATION AND SETTING OF PRETRIAL CONFERENCE
Cr. No. 20-00083 DKW-RT