CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

KENNETH M. SORENSON
CRAIG S. NOLAN
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Ken.Sorenson@usdoj.gov
          Craig.Nolan@usdoj.gov

SCOTT A. CLAFFEE
Trial Attorney
U.S. DOJ, National Security Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00083 DKW-RT |
| | ) | |
| Plaintiff, | ) | SCHEDULING ORDER |
| | ) | PURSUANT TO CLASSIFIED |
| vs. | ) | INFORMATION PROCEDURES |
| | ) | ACT |
| ALEXANDER YUK CHING MA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## SCHEDULING ORDER PURSUANT TO
## THE CLASSFIED INFORMATION PROCEDURES ACT

Based upon the representations of the parties it appears that a significant amount of evidence in this case will contain classified information and, thus, will implicate the Classified Information Procedures Act ("CIPA"), Title 18, U.S.C. App 3.  Pursuant to the Act, the Court must establish deadlines for accomplishing the various steps of CIPA, in addition to setting other relevant pretrial deadlines.

Accordingly, with respect to the requirements of CIPA, it is hereby ORDERED that this matter will be governed by the following pretrial deadlines:

- The Government's sealed, *ex parte* Section 4 filing is due on or before June 23, 2023.

- Thereafter, if necessary to the Court's resolution of issues related to the Government's Section 4 filing, a sealed *ex parte* Section 4 hearing will take place on August 23, 2023 at 9:00 a.m. before District Judge Derrick K. Watson.

- The defendant's Section 5(a) written notice is due on or before November 3, 2023.

- The Government's response to defendant's Section 5(a) filing is due on or before December 1, 2023 and defendant's response is due on or before December 15, 2023.

- A sealed Section 6(a) hearing will take place on January 25, 2024 at 9:00 a.m. before District Judge Derrick K. Watson.

- Following the issuance of the Court's Section 6(a) order related to use, relevance and admissibility of identified classified information, the Government shall file its sealed Section 6(c) motion setting forth its proposed substitutions for the classified information deemed by the Court to be admissible at trial on or before March 8, 2024.  The parties shall meet and confer regarding the proposed substitutions for classified information and the Government shall identify in its

Section 6(c) motion those substitutions, if any, that the parties do not agree upon.

- The defendant shall file its response to the Government's Section 6(c) motion on or before March 22, 2024, and the Government shall file its reply on or before March 29, 2024.

- A sealed Section 6(c) hearing shall take place on April 4, 2024 at 9:00 a.m. before District Judge Derrick K. Watson.

The trial of this matter is hereby continued to June 10, 2024 before District Judge Derrick K. Watson. The Court reiterates its finding that this case is complex and finds pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(ii), that the ends of justice served by continuing the trial date in this case outweigh the best interest of the public and the defendant in a speedy trial. The Court finds that this case involves a great volume of classified information, classified discovery, and a large amount of unclassified discovery that will require the parties and the Court to resolve unusual and complex issues related to both discovery, and to the use, relevance and admissibility of certain classified facts. Due to the nature of CIPA, the process of review, litigation and resolution can be extensive, particularly as the Court and parties work through issues of discovery, relevance, possible redaction, substitution and/or the creation of evidentiary summaries pursuant to CIPA § 6(c). Accordingly, the Court finds this case to be both unusual and complex, due to the nature of the prosecution, and the necessary resolution of novel questions of law, and that it is unreasonable to expect adequate

preparation for pretrial proceedings within the time limits set by law.  The Court

further Orders that the period of time from March 8, 2023, up to an including June

10, 2024, constitutes a period of excusable delay and is therefore excludable

pursuant to the above cited provisions of the Speedy Trial Act.  *See* 18 U.S.C.

§§ 3161(h)(7)(A) and (h)(7)(B)(ii).

DATED:  March 8, 2023, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

SCHEDULING ORDER PURSUANT TO THE CLASSFIED INFORMATION
PROCEDURES ACT
Cr. No. 20-00083 DKW-RT