# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 20-00083 DKW-RT |
| Plaintiff, | |
| vs. | CRIMINAL SCHEDULING ORDER |
| ALEXANDER YUK CHING MA, | |
| Defendant. | |

## CRIMINAL SCHEDULING ORDER

Pursuant to Criminal Local Rule 2.1 and the Scheduling Order Pursant to Classified Information Procedure Act, ECF No. 104, IT IS HEREBY ORDERED:

(1) The jury selection and trial are set for June 10, 2024, at 9:00 a.m. in Aha Kupono before United States District Chief Judge Derrick K. Watson.

(2) A trial conference is set for **May 14, 2024 at 10:00 a.m.** in Aha Kupono before United States District Chief Judge Derrick K. Watson.

(3) Motions, other than motions in limine, are due on or before **March 15, 2024**, and responses are due on **March 29, 2024**.

(4) When so requested by either the United States or a defendant pursuant to Fed. R. Crim. P. 16(a)(1)(G)(i) and 16(b)(1)(C)(i), the party(s) must make expert witness disclosures in accordance with the requirements of Fed. R. Crim.

16(a)(1)(G) and Fed. R. Crim. P. 16(b)(1)(C), at the time(s) and in the sequence as ordered by the Court. Absent a stipulation or court order, the time to disclose expert witnesses is as follows:

    a.    On or before **March 18, 2024**.

    b.    If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Crim. P. 16(a)(1)(G) or 16(b)(1)(C), on or before **April 15, 2024**.

(5)    The United States shall file on or before **April 5, 2024**, a notice in writing of its intent to use other acts evidence pursuant to Federal Rule of Evidence 404(b).

(6)    Motions in limine are due on **April 26, 2024**, and oppositions are due on **May 6, 2024**.

(7)    Exhibit lists shall be filed on or before **May 13, 2024**.

(8)    The parties shall meet and confer and file Stipulations to the Authenticity/Admissibility of Proposed Exhibits on or before **May 13, 2024**.

(9)    Witness lists shall be filed on or before **May 13, 2024**.

(10)    The parties shall meet and confer and file Joint Jury Instructions, in accordance with Fed. R. Crim. P. 30 and District of Hawaii Local Rule 51.1, on or before **May 20, 2024**.

(11)    A joint trial presentation statement is due **May 17, 2024**.

(12)    Trial briefs shall be filed on or before **May 27, 2024**.

(13)    The parties are to exchange exhibits and demonstrative aids by on or Before **June 7, 2024**.

(14)    The parties are to provide the Courtroom Manager with exhibits (original and two copies) by on or before **June 7, 2024**.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaiʻi, March 24, 2023.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge

CRIMINAL SCHEDULING ORDER
*United States v. Alexander Yuk Ching Ma*; Cr. No. 20-00083 DKW-RT