# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-cr-00083-DKW-RT-1 |
| CASE NAME: | United States of America v. (1) Alexander Yuk Ching Ma |
| ATTY FOR PLA: | Kenneth Sorenson* |
| ATTY FOR DEFT: | Craig Jerome<br>Salina Kanai* |
| U.S. Pretrial Officer: | Diane Arima-Linscott |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | FTR-Ct. 5 & ZOOM |
| DATE: | 05/03/2023 | TIME: | 11:28 - 11:45 a.m. |

COURT ACTION:  EP: MOTION HEARING regarding ECF [107] *Defendant Ma's Second Motion to Reconsider Order of Detention or, in the Alternative, to Set a Deadline for Government to Provide Ma Access to Classified Discovery* ("Second Motion") as to Defendant ALEXANDER YUK CHING MA held on 5/3/2023.

FBI Special Agent, Christina Sun, also present.

Defendant present and in custody.

**Motion Hearing:**

Court takes judicial notice of its records and files, including the instant *Motion*, the *Government's Opposition* ECF [110], *Indictment* ECF [18], Government's *Motion to Detain Defendant Without Bail* ECF [6], prior detention proceedings, *Order of Detention Pending Trial* ECF [16], *Defendant's Motion to Reconsider Order of Detention* ("First Motion") ECF [29], other relevant proceedings in the instant case, and Pretrial Services' prior Reports and Addendum, dated 5/3/2023.

Argument had.

The Court has carefully considered the merits of the *Motion* within the context of the records and files, relevant legal authority, representations and arguments of counsel, and the recommendation of Pretrial Services, and respectfully DENIES the *Motion*. The Court finds no significant change in circumstances which would warrant, much less compel, the Court to reconsider its prior detention orders. The Court reaffirms its prior

findings that there is no condition or combination of conditions that will reasonably assure the appearance of the defendant as required or mitigate the risk of danger to the community, if released.  The Court adopts the arguments and authorities relied upon by the Government. Accordingly, Defendant to be detained pending trial.

Government to prepare and submit order to the Court's orders box at Trader_Orders@hid.uscourts.gov within seven (7) days of this hearing.

Defendant is remanded to the custody of the U.S. Marshals Service.

*Submitted by: Lian Abernathy, Courtroom Manager.*