CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

KENNETH M. SORENSON
CRAIG S. NOLAN
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Ken.Sorenson@usdoj.gov
        Craig.Nolan@usdoj.gov

SCOTT A. CLAFFEE
Trial Attorney
U.S. DOJ, National Security Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00083 DKW-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PARTIES STIPULATED |
| | ) | AMENDMENT TO THE |
| ALEXANDER YUK CHING MA, | ) | COURT'S MARCH 8, 2023 |
| | ) | CIPA SCHEDULING ORDER; |
| Defendant. | ) | ORDER |
| _____ | ) | |

PARTIES STIPULATED AMENDMENT TO
THE COURT'S MARCH 8, 2023 CIPA SCHEDULING ORDER

COMES NOW the United States of America, by and through its undersigned counsel, and the Defendant, by his undersigned counsel, and stipulate and agree to modify the Court's Classified Information Procedures Act (CIPA) scheduling order. The defendant has indicated a need for additional time to review discovery materials prior to filing its Section 5(a) and the Government is in agreement that providing additional time is both reasonable and necessary. The parties agree that the classified discovery provided in this case is voluminous, and that the defendant requires additional time in order to properly determine what, if any, classified information may be necessary for him to disclose pursuant to CIPA Section 5(a). See, 18, U.S.C. App 3, § 5(a).

Accordingly, the parties agree to the following modifications to the Court's March 8, 2023 CIPA Scheduling Order.

- The Government shall provide the defendant with its Section 10 notice identifying the classified information it reasonably expects to rely upon to prove the national defense elements of the charged conspiracy on or before January 12, 2024.

- The defendant's Section 5(a) written notice is due on or before February 5, 2024.

- The Government's response to defendant's Section 5(a) filing is due on or before February 23, 2024, and defendant's response is due on or before March 1, 2024.

- A sealed Section 6(a) hearing will take place on March 8, 2024, or at such date and time as the Court may further direct.

2

- Following the issuance of the Court's Section 6(a) Order related to use, relevance and admissibility of the identified classified information, the parties shall meet and confer regarding proposed CIPA Section 6(c) treatments to the classified information at issue, including any and all proposed substitutions, summaries and redaction of classified facts.

- Once the parties have completed the above ordered conferral, the parties shall contact the Court in order to schedule a date for the filing of the Government's Section 6(c) motion along with the defendant's response and any Government reply. The Court will at that time set a hearing date for the Government's Section 6(c) motion.

The Court, having reviewed the above stipulated Amendment to the Court's March 8, 2023 CIPA scheduling order, hereby ORDERS that this matter be governed by the above stipulated pretrial schedule. The previously set date of April 4, 2024, for the Section 6(c) hearing is vacated pending further Order of Court.

DATED: November 3, 2023 at Honolulu, Hawaii.

Derrick K. Watson
Chief United States District Judge

Kenneth M. Sorenson
Assistant U.S. Attorney
District of Hawaii

/s/ Salina Kanai
Salina Kanai
Federal Public Defender
District of Hawaii

AMENDED SCHEDULING ORDER PURSUANT TO THE CLASSFIED
INFORMATION PROCEDURES ACT
Cr. No. 20-00083 DKW-RT