Salina M. Kanai #8096
Federal Public Defender
District of Hawaii

Craig W. Jerome #8797
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:   (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:   salina_kanai@fd.org
                craig_jerome@fd.org

Attorneys for Defendant
Alexander Yuk Ching Ma

In the United States District Court

For the District of Hawaii

| United States of America, | ) | Cr. No. 20-00083 DKW-RT |
|---|---|---|
| Plaintiff, | ) ) ) | Parties' Second Stipulated Amendment to the Court's March 8, 2023 CIPA Scheduling Order; Order |
| vs. | ) ) | |
| Alexander Yuk Ching Ma, | ) ) | |
| Defendant. | ) ) ) | |

Parties' Second Stipulated Amendment
to the Court's March 8, 2023 CIPA Scheduling Order

COMES NOW, Defendant Alexander Ma, by and through his counsel undersigned and the United States of America, and stipulate and agree to modify the Court's Classified Information Procedures Act (CIPA) scheduling order. The defendant has indicated a need for additional time to review discovery materials prior to filing its Section 5(a) and the Government is in agreement that providing additional time is both reasonable and necessary. The parties agree that the

classified discovery provided in this case is voluminous, and that the defendant requires additional time in order to properly determine what, if any, classified information may be necessary for him to disclose pursuant to CIPA Section 5(a). See, 18, U.S.C. App 3, § 5(a).

Accordingly, the parties agree to the following modifications to the Court's March 8, 2023 CIPA Scheduling Order.

- The Government shall provide the defendant with its Section 10 notice identifying the classified information it reasonably expects to rely upon to prove the national defense elements of the charged conspiracy on or before January 12, 2024.

- The defendant's Section 5(a) written notice is due on or before February 20, 2024.

- The Government's response to defendant's Section 5(a) filing is due on or before March 8, 2024, and defendant's response is due on or before March 15, 2024.

- Once briefing is complete, the United States shall move the Court pursuant to CIPA Section 6(a) to conduct a hearing for the purpose of making determinations concerning the use, relevance and admissibility of the classified information noticed by the defendant in his Section 5 notice. The Court's prior date of March 8, 2024 for the conduct of the Section 6(a) hearing is vacated pending the setting of a new date once briefing is complete.

- Following the issuance of the Court's Section 6(a) Order related to use, relevance and admissibility of the identified classified information, the parties shall meet and confer regarding proposed CIPA Section 6(c) treatments to the classified information at issue, including any and all proposed substitutions, summaries and redaction of classified facts.

- Once the parties have completed the above ordered conferral, the parties shall contact the Court in order to schedule a date for the filing of the Government's Section 6(c) motion along with the defendant's response and any Government reply. The Court will at that time set a hearing date for the Government's Section 6(c) motion.

     The Court, having reviewed the above stipulated Amendment to the Court's March 8, 2023 CIPA scheduling order, hereby ORDERS that this matter be governed by the above stipulated pretrial schedule.

     DATED: Honolulu, Hawaii, February 1, 2024.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

/s/ Salina Kanai
Salina Kanai
Federal Public Defender
District of Hawaii

Kenneth M. Sorenson
Assistant U.S. Attorney
District of Hawaii

*United States v. Alexander Yuk Ching Ma,* Cr. No. 20-00083 DKW-RT
United States District Court, District of Hawaii;
Parties Second Stipulated Amendment to the Court's March 8, 2023 CIPA Scheduling Order