Salina M. Kanai #8096
Federal Public Defender
District of Hawaii

Craig W. Jerome #8797
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:        salina_kanai@fd.org
               craig_jerome@fd.org

Attorneys for Defendant
Alexander Yuk Ching Ma

In the United States District Court

For the District of Hawaii

| United States of America, | ) | Cr. No. 20-00083 DKW-RT |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Stipulation and Order to Continue Trial |
| | ) | Date and Excluding Time Under the |
| vs. | ) | Speedy Trial Act |
| | ) | |
| Alexander Yuk Ching Ma, | ) | Present date/time: June 20, 2024 |
| | ) | New date/time:    November 4, 2024 |
| Defendant. | ) | |
| | ) | |
| | ) | |

Stipulation and Order to Continue Trial Date
and Excluding Time Under the Speedy Trial Act

On October 29, 2020, the Court granted the government's motion to have the case designated complex. Counsel undersigned request for the setting of a new trial date that allows sufficient time for the conduct of proceedings pursuant to the Classified Information Procedures Act, Pub.L. 96-456, October 15, 1980 (CIPA)

and for adequate preparation for pretrial proceedings and preparation for trial. The Court hereby finds pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(ii), that ends of justice served by continuing the trial date in this case outweigh the best interest of the public and the defendant in a speedy trial.

The Court restates its finding that this case is both unusual and complex due to its nature, and the presence and existence of novel question of law and fact.   The Court finds that adequate preparation has and will continue to require the review of a voluminous amount of classified discovery, and that because of the volume and nature of the classified information issues presented it is unreasonable to expect adequate preparation for trial without a continuance of the trial date.   In order to allow sufficient time for preparation for trial in this complex case, and the conduct of proceedings pursuant to the Classified Information Procedures Act, it is hereby ORDERED that the trial of this case shall be continued from June 20, 2024 to November 4, 2024.

   The Court further finds that the parties are in agreement with the granting of this continuance and the parties have agreed upon the November 4, 2024 trial date.

   Accordingly, trial is hereby ORDERED continued to November 4, 2024. The Final Pretrial Conference is continued from May 14, 2024 to October 25, 2024 at 9:00 a.m. before Chief Judge Derrick K. Watson. Motions shall be filed on or before September 23, 2024. Responses shall be filed on or before October 7, 2024.

The Court further Orders that the period of time from June 20, 2024, up to and including November 4, 2024, constitutes a period of excusable delay and is therefore excludable pursuant to the Speedy Trial Act 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(ii).   All dates set under the current CIPA scheduling Order are vacated pending the issuance of a new order.

DATED: Honolulu, Hawaii, March 8, 2024.

/s/ Salina M. Kanai
Salina M. Kanai
Craig W. Jerome
Attorneys for Defendant
Alexander Yuk Ching Ma

/s/ Kenneth M. Sorenson
Kenneth M. Sorenson
Assistant United States Attorney
Attorney for Plaintiff

APPROVED AND SO ORDERED:
Dated: March 8, 2024 at Honolulu, Hawaii.

Derrick K. Watson
Chief United States District Judge

In the United States District Court, for the District of Hawaii;
<u>United States v. Ma</u>, Cr. No. 20-00083 DKW
Stipulation and Order Continuing Trial Date and Excluding Time Under the Speedy Trial Act

3