UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
May 23, 2024, 6:06 am
Lucy H. Carrillo, Clerk of Court
```

## Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: USA v. Ma
Case No.: 1:20-cr-00083-DKW-RT
Presiding District or Magistrate Judge: Watson
Media Outlet: The Associated Press
Representative(s): Jennifer Kelleher and/or Audrey McAvoy
Email Address To Send Completed Request Form: jkelleher@ap.org

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 5/24/2024 | 10:15 | change of plea hearing |
| | | |
| | | |
| | | |
| | | |

DATED: 5/22/24
SIGNATURE: *Jennifer Kelleher*
PRINTED NAME: Jennifer Kelleher

IT IS SO ORDERED.

[x] APPROVED    [ ] APPROVED AS MODIFIED    [ ] DENIED

DATED: May 23, 2024

DERRICK K. WATSON
Chief United States District Judge