# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 20-00083 DKW |
| CASE NAME: | USA v. (1) Alexander Yuk Ching Ma |
| ATTYS FOR PLA: | Kenneth M. Sorenson |
| ATTYS FOR DEFT: | *(1) Salina M. Kanai<br>(1) Craig Jerome |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Gloria Bediamol |
| DATE: | 05/24/2024 | TIME: | 10:15am-11:03am |

COURT ACTION:  EP: Change of Plea Hearing to the Indictment as to Defendant Alexander Yuk Ching Ma held.

Defendant Alexander Yuk Ching Ma present, in custody.

FBI SA Christina Sun was also present.

Defendant Alexander Yuk Ching Ma sworn, questioned by the Court.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, trial rights, etc. Memorandum of Plea Agreement has been signed by the parties.

Court conducted a colloquy with Defendant Alexander Yuk Ching Ma as to his role described in the Indictment that makes him guilty.

Plea of Guilty to the Indictment entered by Defendant Alexander Yuk Ching Ma.  Court accepts Defendant's plea of guilty to the Indictment.  Court **defers** acceptance of Plea Agreement until after Pre-Sentence report is prepared.  Pre-Sentence report ordered from USPO.

Sentencing to the Indictment as to Defendant Alexander Yuk Ching Ma is SET for 09/11/2024 at 9:00 a.m. in Aha Kupono before Chief Judge Derrick K. Watson.

Defendant Alexander Yuk Ching Ma is remanded to the custody of the USMS.

Submitted by: Shelli Mizukami, Courtroom Manager