FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 24 2024

at __ o'clock and __ min. __ M
Lucy H. Carrillo, Clerk

## ASSIGNMENT

I, ALEXANDER YUK CHING MA, in consideration of the plea agreement in the matter

of **United States v. Alexander Yuk Ching Ma, 20-00083 DKW**, do hereby assign and transfer

to the government of the United States of America all my right, title and interest in any proceeds

or profits which may be obtained, received or generated in connection with any book, magazine

article, publication, interview, movie, screenplay, theatrical or television production, and any other

depiction or commercial venture, regarding: (1) any aspect of my work as an employee or

contractor for the United States government; (2) any of the facts and circumstances leading to my

arrest in this case; or (3) my espionage activities with, for and on behalf of any foreign government.

This assignment shall be binding upon my designees, agents, heirs and assigns.

DATED this  24th  day of May, 2024.

ALEXANDER YUK CHING MA
Defendant

SALINA KANAI
Attorney for Defendant